IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 14-10408 AMC |
| ROBIN L. HOLLAND | : | |
| A/K/A ROBIN L. HOLLAND PERALTA | : | Chapter No. 13 |
| Debtor | : | |
| | : | |
| SETERUS, INC. | : | |
| Movant | : | |
| v. | : | 11 U.S.C. §362 |
| ROBIN L. HOLLAND | : | |
| A/K/A ROBIN L. HOLLAND PERALTA | : | |
| Respondent | : | |

**ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION**

AND NOW, this 31st day of May, 2016, at **PHILADELPHIA**, upon Motion of **SETERUS, INC.** (Movant), it is:

ORDERED, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further;

ORDERED that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

ORDERED that Rule 4001(a)(3) is not applicable and **SETERUS, INC.** may immediately enforce and implement this Order granting Relief from the Automatic Stay for the limited purpose of recording and completing the loan modification.

ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
PHILADELPHIA, PA 19107

ROBIN HOLLAND
987 HICKORY RIDGE DRIVE
CHALFONT, PA 18914-4419

JON M. ADELSTEIN, ESQUIRE
350 S MAIN STREET, PENN'S COURT STE 105
DOYLESTOWN, PA 18901

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107